# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division



JOHN R. BULL,

    Plaintiff,

v.                                  ACTION NO. 2:12cv183

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## FINAL ORDER

Plaintiff John Bull, proceeding pro se, seeks judicial review of the decision of the Commissioner of the Social Security Administration denying his claim for a period of disability insurance benefits ("DIB") under Title II of the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on January 3, 2013, recommending that the Court grant the Commissioner's motion for summary judgment, deny plaintiff's motion for judgment on the pleadings, and affirm the final decision of the Commissioner. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge.

On January 22, 2013, the Court received Plaintiff's Response to Magistrate Judge's Report and Recommendation (ECF No. 22), and on January 25, 2013, Defendant filed a Response to Plaintiff's Objection to the Report and Recommendation of the United States Magistrate Judge (ECF No. 23).

Having reviewed the record and the objections filed by Plaintiff, and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on January 3, 2013, and the decision of the Commissioner is AFFIRMED, Defendant's motion for summary judgment is GRANTED, Plaintiff's motion for judgment on the pleadings is DENIED, and this case is DISMISSED.

Plaintiff is ADVISED that he may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to Plaintiff and to counsel of record for Defendant.

/s/ MSD
Mark S. Davis
United States District Judge

Norfolk, Virginia
February 6, 2013

2